# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| PARADIGM GEOPHYSICAL LTD., *et al.*, § § § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | CIVIL ACTION NO. H-05-0887 | |
| § | | |
| TECHSIA S.A., § | | |
| Defendant. § | | |

## ORDER

It is hereby **ORDERED** that Defendants' Unopposed Motion to Reset Date for the Initial Pretrial Scheduling Conference [Doc. # 11] is **GRANTED** and the initial pretrial conference is **RESCHEDULED** to **July 8, 2005 at 1:30 p.m.** It is further

**ORDERED** that the parties shall file their Joint Discovery/Case Management Plan by **July 5, 2005**. If the parties do not file the Joint Discovery/Case Management Plan electronically, they shall deliver a courtesy copy to chambers by the July 5, 2005 deadline.

SIGNED at Houston, Texas, this **16th** day of **June, 2005**.

_____
Nancy F. Atlas
United States District Judge